850

JANUARY 12, 1948.

*Per Curiam Decision.*

No. 449.   MARDEN & MURPHY, INC. *v.* CITY OF LOW-
ELL.  *Per Curiam:* The
motion to dismiss is granted and the appeal is dismissed
for want of a substantial federal question.   The petition
for writ of certiorari is denied.   *Burton E. Eames* for ap-
pellant-petitioner.   *P. Harold Ready* and *Raymond D.
O'Brien* for appellee-respondent.

*Certiorari Granted.*

No. 451.   COMSTOCK *v.* GROUP OF INSTITUTIONAL IN-
VESTORS ET AL.;

No. 452.   NEW ORLEANS, TEXAS & MEXICO RAILWAY
CO. *v.* GROUP OF INSTITUTIONAL INVESTORS ET AL.;

No. 453.   THOMPSON, TRUSTEE, *v.* GROUP OF INSTITU-
TIONAL INVESTORS ET AL.; and

No. 454.   COMSTOCK *v.* THOMPSON, TRUSTEE, ET AL.
Certiorari granted.   *William H. Biggs* for
petitioners.   *Charles W. McConaughy, Clair B. Hughes,
Leonard P. Moore, Sanford H. E. Freund* and *Harry
Kirshbaum* for respondents.

